IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Kevin Michael Hughes, Jr. and** | ) | CASE NO: 24-11898 |
| **Krystal Hawkins Hughes** | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT
TO 11 U.S.C. § 362 AND CO-DEBTOR STAY PURSUANT TO 11 U.S.C. § 1301(c)
FILED BY AMERICREDIT FINANCIAL SERVICES, INC.**
**(2023 Cadillac Escalade)**

AmeriCredit Financial Services, Inc. dba GM Financial ("MOVANT"), a secured creditor herein, and moves the Court, pursuant to 11 U.S.C. §§ 362(d) and 1301(c), FEDERAL RULES OF BANKRUPTCY PROCEDURE 4001(a)(1) and 9014, and Local Bankruptcy Rule 4001-1(a), *et seq.*, for entry of an order granting it relief from the automatic stay and co-debtor stay, and as grounds therefore, shows as follows:

**I.      PRELIMINARY STATEMENT OF RELIEF REQUESTED**

1.      On September 30, 2024, Kevin Michael Hughes, Jr. and Krystal Hawkins Hughes (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code (the "Petition Date").

2.      This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§ 157, 1334, and 11 U.S.C. § 1324.

**II.     FACTUAL AND PROCEDURAL BACKGROUND**

3.      Movant is a secured creditor of Debtor Kevin Michael Hughes, Jr., along with Co-Debtor Krowned Krystals LLC (the "Co-Debtor"), as evidenced by that certain Retail Installment Sale Contract dated July 29, 2024 (the "Note"). The Note was secured by a 2023 Cadillac Escalade

bearing Vehicle Identification Number 1GYS4GKL1PR199864 (the "Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4. MOVANT has a perfected security interest in the Collateral, as noted on the face of the Certificate of Title for the Collateral (the "Certificate of Title"). A true and correct copy of the Certificate of Title is attached hereto as **Exhibit "B."**

5. Debtors have defaulted on payments as required by the Note.

6. As of November 20, 2024, the account was past due for September 2024 through November 2024 in the amount of $6,190.49, with the outstanding balance under the Note being $108,383.33. *See* Affidavit of Movant attached here to as **Exhibit C."** Said another way, Debtors and Co-Debtor have not made any payments due under the Note.

7. The replacement value of the Collateral as determined by the JD Power Used Car Guide is $104,400.00. *Id*.

8. Debtors intends to surrender the Collateral according to the pending Chapter 13 Plan [D.E. 33].

9. The Co-Debtor is currently a debtor is that Chapter 11 case, *In re: Krowned Krystals, LLC*, Case No. 24-11896, wherein Movant as moved for relief from stay.

10. As such, Movant seeks an order lifting the automatic stay as to the Collateral in this matter.

### III. BASIS FOR RELIEF

11. Based upon the Debtors' and Co-Debtor's defaults under the terms of the Note, and proposed surrender, MOVANT seeks relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c) in order to pursue its rights and remedies under state law, including but not limited to: its right foreclose its security interest in the Collateral.

12. Section 362(d) sets forth the standards for determining whether relief from stay is appropriate. Section 362(d) states:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
>
> (1) for cause, including lack of adequate protection of an interest in property of such party in interest;
>
> (2) with respect to a stay of an act against property under subsection (a) of this section, if-
>
>     (A) the debtor does not have an equity in such property; and
>
>     (B) such property is not necessary to an effective reorganization;

11 U. S. C. § 362.

13. Section 1301(c) sets forth the standards for determining whether relief from stay is appropriate against the Co-Debtor. *See* 11 U.S.C. § 1301(c). It states, in pertinent part:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the [co-debtor] stay provided by subsection (a) of this section with respect to a creditor, to the extent that. . .
> (2) the plan filed by the debtor proposes not to pay such claim; or
> (3) such creditor's interest would be irreparably harmed by continuation of such stay.

*See* 11 U.S.C. § 1301(c).

14. MOVANT has not received, and neither the Debtors nor Co-Debtor have agreed to provide, any further adequate protection of MOVANT's interest in the Collateral. Therefore, MOVANT is not adequately protected with respect to the Collateral.

15. Furthermore, neither the Debtors nor Co-Debtor are not making required payments to MOVANT, and MOVANT's interest would be irreparably harmed absent relief from the Co-Debtor stay.

16. Finally, the Debtor has no equity in the Collateral and it is not necessary for an effective reorganization.

17. MOVANT requests that the order granting relief from stay be effective and enforceable immediately upon entry, and any stay of orders provided for in FED. R. BANKR. P. 4001(a)(3) and/or any other provision of the Bankruptcy Code or FEDERAL RULES OF BANKRUPTCY PROCEDURE shall not apply.

WHEREFORE, AmeriCredit Financial Services, Inc. dba GM Financial respectfully requests that the Court enter an order granting this motion and lifting the automatic stay and co-debtor stay to permit MOVANT to repossess and enforce its security interest in the Collateral pursuant to applicable non-bankruptcy law, and for such other and further relief as the Court may deem in the interests of equity.

Dated this 25th day of November 2024.

*/s/ Christopher D. Meyer*
Christopher D. Meyer, Esq. (LA No. 035917)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com
*Attorney for AmeriCredit Financial Services, Inc. dba GM Financial*

55913419 v1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been served on this 25th day of November 2024 either by electronic transmission or by United States first class mail postage prepaid to the following:

| | |
|---|---|
| DEBTORS: | Kevin Michael Hughes, Jr.<br>802 Lee Drive<br>Ponchatoula, LA 70454<br><br>Krystal Hawkins Hughes<br>802 Lee Drive<br>Ponchatoula, LA 70454 |
| CO-DEBTOR: | Krowned Krystals, LLC<br>802 Lee Drive<br>Ponchatoula, LA 70454 |
| DEBTORS' ATTORNEY: | Robin R. DeLeo<br>800 Ramon St<br>Mandeville, LA 70448 |
| TRUSTEE: | S. J. Beaulieu, Jr.<br>433 Metairie Road<br>Suite 307<br>Metairie, LA 70005 |
| US. TRUSTEE: | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |

                                                */s/ Christopher D. Meyer*
                                                COUNSEL