B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

In re KEVIN MICHAEL HUGHES and KRYSTAL HAWKINS HUGHES ,   Case No. 2-24-BK-11898

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | SOFI BANK, NATIONAL ASSOCIATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Resurgent Receivables LLC
PO Box 10587
Greenville SC 29603

Court Claim # (if known): 17
Amount of Claim: 967.39
Date Claim Filed: 11/11/2024

Phone: (877) 264-5884
Last Four Digits of Acct #: 1339

Phone: (877) 264-5884
Last Four Digits of Acct. #: 1339

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Phone: (877) 264-5884
Last Four Digits of Acct #: 1339

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Susan Gaines    Date: 1/23/2025
Transferee/Transferee's Agent
(877) 264-5884
AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.